UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:16-cv-20652-DPG

TRACFONE WIRELESS, INC.

    *Plaintiff,*

vs.

VMBC f/k/a VOICE & MOBILE
BROADCAST CORP. d/b/a VMBC,

    *Defendant.*

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff TracFone Wireless, Inc. ("Plaintiff") and Defendant VMBC f/k/a Voice & Mobile Broadcast Corp. d/b/a VMBC ("Defendant") hereby state that they have settled this action. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs. The parties understand that this stipulation of dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).[1]

Dated: November 17, 2016

| By: /s/ *Aaron S. Weiss* | By: */s/ Alan Fiedel* |
|---|---|
| Aaron S. Weiss (FBN 48813) | Alan Fiedel (FBN 905526) |
| Email: aweiss@carltonfields.com | Email: alan.fiedel@wilsonelser.com |
| Carlton Fields Jorden Burt, P.A. | Wilson, Elser, *et al*. |
| 100 SE Second St., Suite 4200 | 100 SE Second St., Suite 3800 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 530-0050 | Telephone: (305) 374-4400 |
| Facsimile: (305) 530-0055 | Facsimile: (305) 579-0261 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

---

[1] To the extent it may be necessary, the parties agree to entry of an order confirming the dismissal, with prejudice, of this case, pursuant to the terms of this stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system.

/s/ Aaron S. Weiss
Aaron S. Weiss

## SERVICE LIST

Alan Fiedel (FBN 905526)
Alan.fiedel@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
Telephone: (305) 374-4400
Facsimile: (305) 579-0261

Jura C. Zibas
Jura.zibas@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017
Telephone: (212) 490-3000
Facsimile: (212) 286-0220
*Attorneys for Defendant*